ROBERT A. JONES, State Bar No. 107839
robert.jones@ogletreedeakins.com
CAROLYN B. HALL, State Bar No. 212311
carolyn.hall@ogletreedeakins.com
TIMOTHY L. REED, State Bar No. 258034
timothy.reed@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
FLOWERS BAKING CO. OF CALIFORNIA, LLC

MATTHEW MELLEN, State Bar No. 218387
JESSICA GALLETTA, State Bar No. 281179
SARAH SHAPERO, State Bar No. 281748
email@mellenlawfirm.com
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, CA 94402
Telephone:    650.638.0120
Facsimile:     650.638.0125

Attorneys for Plaintiffs
CRAIG BROWNFIELD, ET AL.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG BROWNFIELD, an individual, and on behalf of all others similarly situated; C.A. BREADMAN, a business entity, CARLOS GARIBAY, an individual; JIMMY HERRERA, an individual; MIKE HERNANDEZ, an individual; NICK HERNANDEZ, an individual; ANTHONY TAVAREZ, an individual; SYLVIE SERRANO, an individual,<br><br>              Plaintiffs,<br><br>     v.<br><br>FLOWERS BAKING CO. OF CALIFORNIA, LLC., a limited liability company; and Does 1 through 100, inclusive,<br><br>              Defendant. | Case No. 2:15-cv-02034-JAM-AC<br><br>**STIPULATION TO EXTEND TIME FOR FED. R. CIV. P. 26(F) CONFERENCE AND SUBMISSION OF JOINT STATUS REPORT AND ORDER**<br><br>Complaint Filed:  September 28, 2015<br>Trial Date:           None Set |

1  This stipulation is entered into by and between Plaintiffs Craig Brownfield, C.A. Breadman, Carlos Garibay, Jimmy Herrera, Mike Hernandez, Nick Hernandez, Anthony Tavarez, and Sylvie Serrano ("Plaintiffs"), on the one hand, and Defendant Flowers Baking Company of California LLC ("Defendant"), on the other hand, by and through their undersigned counsel of record, with reference to the following facts and recitals:

WHEREAS, the Complaint in this action was filed on September 28, 2015, and served on September 29, 2015;

WHEREAS, on September 28, 2015, the Court issued its Order Requiring Joint Status Report (Dkt. No. 3), in which the Court ordered that the parties, within 60 days of service, confer as required by Fed. R. Civ. P. 26(f) and prepare and submit to the Court a joint status report that includes a Rule 26(f) discovery plan;

WHEREAS, the deadline for the parties to meet and confer pursuant to Fed. R. Civ. P. 26(f) and submit their joint status report is currently November 30, 2015;

WHEREAS, counsel for the parties are generally unavailable during the week of November 23, 2015 due to the Thanksgiving holiday;

WHEREAS, Plaintiffs' counsel has limited availability during the week of November 30, 2015 due to a trial;

WHEREAS, the parties have stipulated and agreed among them that counsel may confer as required by Fed. R. Civ. P. 26(f) and prepare and submit to the Court a joint status report that includes a Rule 26(f) discovery plan by December 14, 2015; and

WHEREAS, the stipulated deadline will not alter the date of any events or additional deadline already fixed by Court order.

It is therefore STIPULTED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rule 144, that the parties' counsel may confer as required by Fed. R. Civ. P. 26(f) and prepare and submit to the Court a joint status report that includes a Rule 26(f) discovery plan by December 14, 2015.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 24, 2015 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 5 | | By: /s/ *Timothy L. Reed* |
| | | Robert A. Jones |
| 6 | | Carolyn B. Hall |
| | | Timothy L. Reed |
| 7 | | Attorneys for Plaintiffs |
| | | CRAIG BROWNFIELD, ET AL. |
| 8 | DATED: November 24, 2015 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 12 | | By: /s/ *Sarah Shapero* (as authorized on 11/24/15) |
| | | Matthew Mellen |
| 13 | | Jessica Galletta |
| | | Sarah Shapero |
| 14 | | Attorneys for Plaintiffs |
| | | CRAIG BROWNFIELD, ET AL. |

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

The deadline for the parties' counsel to confer as required by Fed. R. Civ. P. 26(f) and prepare and submit to the Court a joint status report that includes a Rule 26(f) discovery plan is continued to December 14, 2015

DATED:  November 24, 2015        /s/ JOHN A. MENDEZ
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT JUDGE

23078411.1