UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG BROWNFIELD, an individual, and on behalf of all others similarly situated, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and Does 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:15-CV-02034 JAM-AC<br><br><br><br><br><br>**RELATED CASE ORDER** |
| DONALD JOHNSON, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and Does 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:16-CV-00840 MCE-EFB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial

1

savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:16-CV-00840 MCE-EFB be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:16-CV-00840 JAM-AC.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  May 5, 2016.                    /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Judge