| | |
|---|---|
| 1 | ROBERT A. JONES, State Bar No. 107839 |
| 2 | robert.jones@ogletreedeakins.com<br>CAROLYN B. HALL, State Bar No. 212311 |
| 3 | carolyn.hall@ogletreedeakins.com<br>BRIAN D. BERRY, State Bar No. 229893 |
| 4 | brian.berry@ogletreedeakins.com<br>JARED L. PALMER, SBN 287974 |
| 5 | jared.palmer@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 6 | Steuart Tower, Suite 1300<br>One Market Plaza |
| 7 | San Francisco, CA  94105<br>Telephone:     415.442.4810 |
| 8 | Facsimile:      415.442.4870 |
| 9 | Attorneys for Defendant<br>FLOWERS BAKING CO. OF CALIFORNIA, LLC |
| 10 | MATTHEW MELLEN, State Bar No. 233350 |
| 11 | JESSICA GALLETTA, State Bar No. 281179<br>MELLEN LAW FIRM |
| 12 | One Embarcadero Center, 5th Floor<br>San Francisco, CA  94111 |
| 13 | Telephone:     415.315.1653<br>Facsimile:      415.276.1902 |
| 14 | E-Mail:           email@mellenlawfirm.com |
| 15 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)**

| | |
|---|---|
| CRAIG BROWNFIELD, an individual, and on behalf of all others similarly situated; C.A. BREADMAN, a business entity, CARLOS GARIBAY, an individual; JIMMY HERRERA, an individual; MIKE HERNANDEZ, an individual; NICK HERNANDEZ, an individual; ANTHONY TAVAREZ, an individual; SYLVIE SERRANO, an individual,<br><br>            Plaintiffs,<br><br>       v.<br><br>FLOWERS BAKING CO. OF CALIFORNIA, LLC., a limited liability company; and Does 1 through 100, inclusive,<br><br>            Defendant. | Case No. 2:15-cv-02034-JAM-AC<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: September 28, 2015<br>Trial Date:         October 23, 2017<br>Judge:               Honorable John A. Mendez |

Plaintiffs Craig Brownfield, C.A. Breadman, Carlos Garibay, Jimmy Herrera, Mike Hernandez, Nick Hernandez, Anthony Tavarez, and Sylvie Serrano (collectively, the "Plaintiffs") and Defendant Flowers Baking Co. of California, LLC ("Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby respectfully submit the following Joint Stipulation and [Proposed] Order to Modify the Court's December 16, 2015 Status (Pre-Trial Scheduling) Order ("Scheduling Order").

## **STIPULATION**

WHEREAS, the Court issued a Scheduling Order on December 16, 2015 requiring the Parties to complete all discovery by January 6, 2017, make expert witness disclosures by November 4, 2016, and provide supplemental disclosures and disclosures of any rebuttal experts by November 18, 2016;

WHEREAS, the Parties have conducted extensive written discovery, including propounding and responding to interrogatories, requests for admission and requests for production of documents;

WHEREAS, Defendant has noticed four of the Plaintiffs' depositions and the Parties have been meeting and conferring to schedule the remaining three Plaintiffs' depositions;

WHEREAS, the deposition of Plaintiff Craig Brownfield scheduled for September 28, 2016 and the deposition of Plaintiff Carlos Garibay scheduled for October 5, 2016 must be rescheduled due to their unexpected unavailability;

WHEREAS, the Parties need two additional weeks to complete these depositions and thus request to extend by two weeks the deadlines for disclosing experts, disclosing rebuttal experts and the discovery cut-off, to accommodate the rescheduling of Mr. Brownfield's and Mr. Garibay's depositions, leaving sufficient time for experts to review the deposition transcripts;

WHEREAS, the proposed modifications do not affect the trial date or any hearing or filing deadline in the current schedule; and

WHEREAS, the parties agree that there is good cause based on the foregoing recitals to modify the scheduling order.

NOW THEREFORE, the Parties agree and stipulate to the New Deadlines below:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Discovery Cutoff: | January 6, 2017, | January 20, 2017 |
| Expert Disclosures: | November 4, 2016 | November 18, 2016 |
| Supplemental/Rebuttal Discl: | November 18, 2015 | December 2, 2016 |

Respectfully submitted,

DATED:  September 26, 2016     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Jared L. Palmer*
    Robert A. Jones
    Carolyn B. Hall
    Brian D. Berry
    Jared L. Palmer

Attorneys for Defendant
FLOWERS BAKING CO. OF CALIFORNIA, LLC


DATED:  September 26, 2016     MELLEN LAW FIRM


By: */s/ Sarah Shapero*
    Matthew Mellen
    Jessica Galletta
    Sarah Shapero

Attorneys for Plaintiffs

### SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

DATED:  September 26, 2016

By: */s/ Jared L. Palmer*
    Jared L. Palmer

**IT IS SO ORDERED.**


DATED:  9/26/2016     /s/ John A. Mendez
    Honorable John A. Mendez
    United States District Court Judge

26299111.1