Matthew Mellen (Bar No. 233350)
Sarah Shapero (Bar No. 281748)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone:   (415) 315-1653
Facsimile:    (415) 276-1902

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG BROWNFIELD, an individual, and on behalf of all others similarly situated; C.A. BREADMAN, a business entity; CARLOS GARIBAY, an individual; JIMMY HERRERA, an individual; MIKE HERNANDEZ, an individual; NICK HERNANDEZ, an individual; ANTHONY TAVAREZ, an individual; SYLVIE SERRANO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.  2:15-cv-02034-JAM-AC <br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER** <br><br><br><br><br><br> Complaint Filed:   September 28, 2015 <br> Trial Date:            September 11, 2017 <br> Judge:                   Hon. John A. Mendez |

Plaintiffs Craig Brownfield, CA Breadman, Carlos Garibay, Jimmy Herrera, Mike Hernandez, Nick Hernandez, and Anthony Tavarez (collectively, the "Represented Plaintiffs")[1] and Defendant Flowers Baking Co. of California, LLC ("Defendant"), by and through their undersigned counsel, hereby respectfully submit the following Stipulation and [Proposed] Order to Continue Trial and Modify Scheduling Order. As outlined below, the parties request that the trial be continued from September 11, 2017 to a date in late June 2018, to permit the parties to coordinate the discovery deadlines in the instant action with *Johnson v. Flowers Baking Co. of California, LLC* (USDC ED CA Case No. 1:16-cv-00840-JAM), and *Porreca, et al. v. Flowers Baking Co. of California, LLC*, USDC ED CA Case No. 1:15-cv-00732-DAD (*Porreca* Dkt. 73).[2]

The Mellen Law Firm is currently representing the Represented Parties in this case, one plaintiff in the related case *Johnson* case, and 17 individuals and 13 related entities in the *Porecca* case. Although it is expected that many of the depositions will be relevant to all three cases, the various case deadlines in the three cases are separated by a number of months. In an effort to better coordinate expert disclosures, motion practice, and discovery in the three cases, the parties wish to have one set of discovery deadlines that apply to all three cases.

Moreover, although written discovery is underway and a number of depositions have already been taken, the Mellen Law Firm has had some personnel changes and is otherwise facing a number of staffing challenges in connection with the prosecution of the three cases involving 24 individual plaintiffs. Two law firms experienced in wage and hour litigation – Keller Grover LLP and Law Offices of Scot D. Bernstein, A Professional Corporation – have agreed to associate in as counsel; however, the two main attorneys from Keller Grover that would be involved in these actions – Eric A. Grover and Robert Spencer – already have a September 11, 2017 Phase II damage trial set in Alameda County Superior Court. In addition, Mr. Grover has a pre-paid family vacation scheduled for August 4-20, 2017. Unless the trial date is continued, Messers. Grover and Spencer will not be available to try this action.

---

[1] The Mellen Law Firm no longer represents plaintiff Sylvie Serrano. (Dkt. 27.)
[2] The *Porreca* case involves 17 individual plaintiffs and 13 related entities. Counsel for the parties herein represent the parties in *Porreca*.

**STIPULATION**

WHEREAS, for the reasons outlined above, the parties request that that the deadlines for disclosing experts, disclosing rebuttal experts, and the discovery cutoff date, all be continued to the same dates for each event in the *Porreca* case, namely October 2, 2017 (expert disclosure), October 16, 2017 (rebuttal expert disclosure), and November 22, 2017 (discovery cutoff), and that the dispositive motion deadline be continued to January 12, 2018, to avoid a flurry of briefing over the 2017 holidays.

WHEREAS, for the reasons outlined above, the parties request that the September 11, 2017 trial date be continued to a date on or after June 18, 2018.

NOW THEREFORE, the parties agree and stipulate to the new deadlines below:

|  | **Current Deadline:** | **New Deadline:** |
|---|---|---|
| Expert Disclosures: | February 17, 2017 | October 2, 2017 |
| Supplemental/Rebuttal Discl: | March 3, 2017 | October 16, 2017 |
| Discovery Cutoff: | April 3, 2017 | November 22, 2017 |
| Last Day to File Dispositive Motions: | May 8, 2017 | January 12, 2018 |
| Hearing date for dispositive motions: |  | February 13, 2018 at 1:30 p.m. |
| Joint Pretrial Statement due: | July 7, 2017 | April 13, 2018 |
| Final Pretrial Conference: | July 14, 2017 at 11:00 a.m. | April 20, 2018 at 10:00 a.m. |
| Trial: | September 11, 2017 at 9:00 a.m. | June 18, 2018 at 9:00 a.m. |

Dated:  February 13, 2017     **MELLEN LAW FIRM**


By /s/*Sarah Shapero*
MATTHEW MELLEN
SARAH SHAPERO

Attorneys for Plaintiffs


Dated:  February 13, 2017     **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**


By /s/*Brian D. Berry*
ROBERT A. JONES
BRIAN D. BERRY
JARTED L. PALMER

Attorneys for Defendant
FLOWERS BAKING CO. OF CALIFORNIA, LLC


## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

Dated:  February 13, 2017     **MELLEN LAW FIRM**


By /s/*Sarah Shapero*
MATTHEW MELLEN
SARAH SHAPERO

Attorneys for Plaintiffs

- 3 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER
CASE NO.  2:15-CV-02034-JAM-AC

**ORDER**

**IT IS SO ORDERED <u>AS MODIFIED BY THE COURT</u>.**

Dated:  February 13, 2017                         /s/ John A. Mendez
                                                  Honorable John A. Mendez
                                                  United States District Court Judge