UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROWNFIELD, et al., | No. 2:15-cv-02034 JAM AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| FLOWERS BAKING CO. of CALIFORNIA, LLC; et al., | |
| Defendants. | |

Defendant Flowers Baking Co. has moved for terminating sanctions against pro se plaintiff Sylvie Serrano, on grounds that she has effectively abandoned the litigation. ECF Nos. 37 and 38. This matter was noticed for a hearing on June 7, 2017. See id. Plaintiff's opposition or statement of non-opposition to the motion was due on or before May 24, 2017. See Local Rule 230(c). Plaintiff has not filed a response to the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set for June 7, 2017 is VACATED;

2. Plaintiff is Ordered to Show Cause in writing, no later than June 15, 2017, why her claims should not be dismissed for failure to prosecute; and

////

////

1

3.  Plaintiff is cautioned that failure to comply with this order may result in a

recommendation she be dismissed from this action.

DATED: May 31, 2017

_ALLISON CLAIRE_
_UNITED STATES MAGISTRATE JUDGE_