1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  ELLYN MOSCOWITZ (SBN 129287)
3  emoscowitz@moscowitzlaw.com
   ROBERT W. SPENCER (SBN 238491)
4  rspencer@kellergrover.com
   **KELLER GROVER LLP**
5  1965 Market Street
   San Francisco, California 94103
6  Telephone: (415) 543-1305
7  Facsimile: (415) 543-7861

8  SCOT BERNSTEIN (SBN 94915)                    MATTHEW MELLEN (SBN 233350)
9  swampadero@sbernsteinlaw.com                  email@mellenlawfirm.com
   **LAW OFFICES OF SCOT D. BERNSTEIN,**         **MELLEN LAW FIRM**
10 **A PROFESSIONAL CORPORATION**                One Embarcadero Center, Fifth Floor
11 101 Parkshore Drive, Suite 100                San Francisco, California 94111
   Folsom, California 95630                      Telephone: (415) 315-1653
12 Telephone: (916) 447-0100                     Facsimile: (415) 276-1902
   Facsimile: (916) 933-5533
13

14 *Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG BROWNFIELD, an individual, and on behalf of all others similarly situated; C.A. BREADMAN, a business entity; CARLOS GARIBAY, an individual; JIMMY HERRERA, an individual; MIKE HERNANDEZ, an individual; NICK HERNANDEZ, an individual; ANTHONY TAVAREZ, an individual; SYLVIE SERRANO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 2:15-cv-02034-JAM-AC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RE FILING OF SECOND AMENDED COMPLAINT AND CONSOLIDATION OF PLAINTIFF JOHNSON IN THIS ACTION |

Plaintiffs Craig Brownfield, CA Breadman, Carlos Garibay, Jimmy Herrera, Mike Hernandez, Nick Hernandez, Anthony Tavarez, and Donald Johnson (collectively, the "Represented Plaintiffs")[1] and Defendant Flowers Baking Co. of California, LLC ("Defendant"), by and through their undersigned counsel, hereby respectfully submit the following Stipulation and [Proposed] Order to allow for the filing of a Second Amended Complaint and to dismiss Plaintiff Donald Johnson's lawsuit (USDC ED CA Case No. 2:16-cv-00840-JAM-AC) without prejudice and add his claims to this case by way of the Second Amended Complaint.

## STIPULATION

WHEREAS, the Represented Plaintiffs desire to clarify certain allegations contained in the First Amended Complaint.

WHEREAS, the parties agree that it would be desirable to include the claims of Plaintiff Donald Johnson, USDC ED CA Case No. 2:16-cv-00840-JAM-AC, in this action and dismiss the *Johnson* action without prejudice.

NOW THEREFORE, the parties stipulate and agree that:

1. The Represented Plaintiffs shall file the Second Amended Complaint attached hereto as **Exhibit A** within five days of the Court's approval of this Stipulation.

2. Plaintiff Johnson will dismiss his action (USDC ED CA Case No. 2:16-cv-00840-JAM-AC) without prejudice within five court days of the filing of the Second Amended Complaint.

3. Defendant will file an answer within 30 days from the filing of the Second Amended Complaint. Defendant's answer may include new affirmative defenses.

4. Defendant shall retain the right to seek the deposition of a Represented Plaintiff in connection with any new claims or causes of action contained in the Second Amended Complaint that were not covered in a Representative Plaintiff's original deposition.

**IT IS SO STIPULATED.**

---

[1] Plaintiff Sylvie Serrano is not represented by counsel. (Dkt. 27.) Defendant has moved for Plaintiff Serrano's action to be dismissed and a ruling on that motion is pending. (*See* Dkts. 37-38, 42, 44.)

- 1 -

Dated: September 7, 2017　　　　　**KELLER GROVER LLP**

By /s/ *Eric A. Grover*
ERIC A. GROVER
ROBERT SPENCER

Attorneys for Plaintiffs

Dated: September 7, 2017　　　　　**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By /s/ *Brian D. Berry*
BRIAN D. BERRY
JARTED L. PALMER

Attorneys for Defendant
FLOWERS BAKING CO. OF CALIFORNIA, LLC

## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

Dated: September 7, 2017　　　　　**KELLER GROVER LLP**

By /s/ *Eric A. Grover*
ERIC A. GROVER
ROBERT SPENCER

Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED.**

Dated: September 7, 2017

*(signature)*
HONORABLE JOHN A. MENDEZ
United States District Court Judge