1 ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
2 ELLYN MOSCOWITZ (SBN 129287)
emoscowitz@moscowitzlaw.com
3 ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
4 **KELLER GROVER LLP**
1965 Market Street
5 San Francisco, California 94103
Telephone: (415) 543-1305
6 Facsimile: (415) 543-7861

7 SCOT BERNSTEIN (SBN 94915)     MATTHEW MELLEN (SBN 233350)
swampadero@sbernsteinlaw.com     email@mellenlawfirm.com
8 **LAW OFFICES OF SCOT D. BERNSTEIN,**  **MELLEN LAW FIRM**
**A PROFESSIONAL CORPORATION**      One Embarcadero Center, Fifth Floor
9 101 Parkshore Drive, Suite 100   San Francisco, California 94111
Folsom, California 95630          Telephone: (415) 315-1653
10 Telephone: (916) 447-0100       Facsimile: (415) 276-1902
Facsimile: (916) 933-5533

12 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG BROWNFIELD, an individual, and on behalf of all others similarly situated; C.A. BREADMAN, a business entity; CARLOS GARIBAY, an individual; JIMMY HERRERA, an individual; MIKE HERNANDEZ, an individual; NICK HERNANDEZ, an individual; ANTHONY TAVAREZ, an individual; SYLVIE SERRANO, an individual, DONALD JOHNSON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 2:15-cv-02034-JAM-AC <br><br> **SECOND STIPULATION AND ORDER TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER** <br><br><br> Complaint Filed: September 28, 2015 <br> Trial Date: June 18, 2018 <br> Judge: Hon. John A. Mendez |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER
CASE NO. 2:15-CV-02034-JAM-AC

Plaintiffs Craig Brownfield, CA Breadman, Carlos Garibay, Jimmy Herrera, Mike Hernandez, Nick Hernandez, Anthony Tavarez, and Donald Johnson (collectively, the "Represented Plaintiffs")[1] and Defendant Flowers Baking Co. of California, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby respectfully submit the following Second Stipulation and [Proposed] Order to Continue Trial and Modify Scheduling Order. As outlined below, the Parties request that the trial be continued from June 18, 2018 to a date in November 2018, to permit the Parties to complete the remaining discovery and allow for time to parties in this case and *Porreca, et al. v. Flowers Baking Co. of California, LLC*, USDC ED CA Case No. 1:15-cv-00732-DAD ("*Porreca*") to engage in a global mediation before the deadline to complete costly expert reports and the last day to file dispositive motions.[2]

By Order dated February 13, 2017, the Court continued the trial date from September 11, 2017 to June 18, 2018. Since that time, the Parties in this case and *Porecca* have engaged in extensive discovery, including the taking of 27 depositions. The Parties expect to have all non-expert discovery completed by December 31, 2017. With discovery winding down, the parties have met and conferred and agreed to attempt a global mediation of all clams and causes of action in both this case and *Porecca*. The Parties are currently working on getting a mediation set over two or three days in the first quarter of 2018.[3]

In the meantime, the Parties would like to avoid what collectively would be a six-figure expense to engage experts to prepare disclosures and reports by the current October 2, 2017 deadline. The Parties would rather focus on possible settlement and only turn to the expert disclosures in the event not all of the individual Plaintiffs resolve their actions through mediation. Similarly, the Parties would like to save the time and expense of preparing and filing dispositive motions by the current January 12, 2018 deadline, as their respective resources would be better spent attempting to resolve all or least some of the plaintiffs' claims in the two cases.

---

[1] Plaintiff Sylvie Serrano is not represented by counsel. (Dkt. 27.) Defendant has moved for Plaintiff Serrano's action to be dismissed and a ruling on that motion is pending. (*See* Dkts. 37-38, 42, 44.)
[2] The *Porreca* case involves 17 individual plaintiffs and 13 related entities. Counsel for the parties herein represent the parties in *Porreca*.
[3] The mediators the parties are considering have availability in the first quarter of 2018.

- 1 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER
CASE NO. 2:15-CV-02034-JAM-AC

## STIPULATION

WHEREAS, the Parties have been actively and diligently engaged in discovery, cooperatively conducting extensive discovery without the need of court intervention;

WHEREAS, the Parties have conducted extensive written discovery, including propounding and responding to interrogatories, requests for admission and requests for production of documents;

WHEREAS, the Parties have produced nearly 500,000 pages of documents;

WHEREAS, 27 depositions have been conducted, some of which may require additional time to complete and at least another eleven individual depositions and 30(b)(6) depositions are being scheduled for the coming months;

WHEREAS, with discovery winding down, the Parties seek to engage in a productive mediation in the first quarter of 2018;

WHEREAS, for the reasons outlined above, the Parties request that that the deadlines for disclosing experts, disclosing rebuttal experts, the discovery and expert discovery cutoff dates, and the dispositive motion filing and hearing deadlines all be continued, as set forth below;

WHEREAS, for the reasons outlined above, the Parties request that the June 18, 2018 trial date be continued to a date on or after October 15, 2018; and

NOW THEREFORE, the Parties agree and stipulate to the new deadlines below:

|  | **Current Deadline:** | **New Deadline:** |
|---|---|---|
| Expert Disclosures: | October 2, 2017 | June 1, 2018 |
| Supplemental/Rebuttal Discl: | October 16, 2017 | June 15, 2018 |
| Discovery Cutoff: | November 22, 2017 | December 31, 2017 |
| Last Day to File Dispositive Motions: | January 12, 2018 | July 10, 2018 |
| Hearing Date for Dispositive Motions | February 13, 2018 at 1:30 p.m. | August 7, 2018 at 1:30 p.m. |
| Joint Pretrial Statement due: | April 13, 2018 | September 14, 2018 |
| Final Pretrial Conference: | April 20, 2018 at 10:00 a.m. | September 21, 2018 at 10:00 a.m. |

| | | |
|---|---|---|
| Trial: | June 18, 2018 at 9:00 a.m. | October 29, 2018 at 9:00 a.m. |

Dated: September 8, 2017    **KELLER GROVER LLP**

By: /s/*Eric A. Grover*
ERIC A. GROVER
ROBERT SPENCER

Attorneys for Plaintiffs

Dated: September 8, 2017    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/*Brian D. Berry*
BRIAN D. BERRY
JARED L. PALMER

Attorneys for Defendant
FLOWERS BAKING CO. OF CALIFORNIA, LLC

## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

Dated: September 8, 2017    **KELLER GROVER LLP**

By: /s/*Eric A. Grover*
ERIC A. GROVER
ROBERT SPENCER

Attorneys for Plaintiffs

# ORDER

**IT IS SO ORDERED AS MODIFIED BY THE COURT.**

Dated: 9/11/2017

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

31080373.1

- 4 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER
CASE NO. 2:15-CV-02034-JAM-AC