UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG BROWNFIELD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLOWERS BAKING CO. OF CALIFORNIA, LLC,<br><br>    Defendant. | No. 2:15-cv-2034 JAM AC PS<br><br><br>ORDER |

Plaintiff Sylvie Serrano is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 20, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 42. Defendant Flowers Baking Co. has filed objections to the findings and recommendations. ECF No. 44.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis with the exception that the Court agrees with Defendant that Plaintiff Sylvie Serrano's Action should be dismissed with prejudice.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 20, 2017 are adopted in full; and

2. Plaintiff Sylvie Serrano's action is dismissed, with prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b).

DATED: 10/12/2017

        /s/ John A. Mendez
        JOHN A. MENDEZ
        United States District Court Judge