| | |
|---|---|
| 1 | CAROLYN B. HALL (CA SBN 212311) |
| | carolyn.hall@ogletreedeakins.com |
| 2 | BRIAN D. BERRY (CA SBN 229893) |
| | brian.berry@ogletreedeakins.com |
| 3 | JARED L. PALMER (CA SBN 287974) |
| | jared.palmer@ogletreedeakins.com |
| 4 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| | Steuart Tower, Suite 1300 |
| 5 | One Market Plaza |
| | San Francisco, CA 94105 |
| 6 | Telephone: 415.442.4810 |
| | Facsimile: 415.442.4870 |

*[Additional Counsel on Following Page]*

Attorneys for Defendant
FLOWERS BAKING CO. OF CALIFORNIA, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG BROWNFIELD, an individual; C.A. BREADMAN, a business entity; CARLOS GARIBAY, an individual; DELICIOUS BREADMAN, INC., a business entity; JIMMY HERRERA, an individual; JH DISTRIBUTION CORP., a business entity; MIKE HERNANDEZ, an individual; NICK HERNANDEZ, an individual; BAY AREA BREAD, a business entity; ANTHONY TAVAREZ, an individual; and BIG TIME DISTRIBUTION, a business entity; DONALD JOHNSON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and Does 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:15-cv-02034-JAM-AC <br><br> **STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY DEADLINES** <br><br> Complaint Filed: September 28, 2015 <br> Trial Date: October 29, 2018 <br> Judge: Hon. John A. Mendez |

| | |
|---|---|
| 1 | ANTHONY J. DECRISTOFORO (CA SBN 166171) |
| | anthony.decristoforo@ogletree.com |
| 2 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| | Esquire Plaza |
| 3 | 1215 K Street 17th Floor |
| | Sacramento, CA  95814 |
| 4 | Telephone:     916.840.3140 |
| | Facsimile:      916.840.3159 |
| 5 | |
| | KEVIN P. HISHTA, Pro Hac Vice |
| 6 | kevin.hishta@ogletree.com |
| | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 7 | 191 Peachtree Street, NE, Suite 4800 |
| | Atlanta, GA  30303 |
| 8 | Telephone:     404.881.1300 |
| | Facsimile:      404.870.1732 |
| 9 | |
| | Attorneys for Defendant |
| 10 | FLOWERS BAKING CO. OF CALIFORNIA, LLC |
| 11 | ERIC A. GROVER (SBN 136080) |
| | eagrover@kellergrover.com |
| 12 | ELLYN MOSCOWITZ (SBN 129287) |
| | emoscowitz@moscowitzlaw.com |
| 13 | ROBERT W. SPENCER (SBN 238491) |
| | rspencer@kellergrover.com |
| 14 | KELLER GROVER LLP |
| | 1965 Market Street |
| 15 | San Francisco, California 94103 |
| | Telephone: (415) 543-1305 |
| 16 | Facsimile: (415) 543-7861 |
| 17 | SCOT BERNSTEIN (SBN 94915) |
| | swampadero@sbernsteinlaw.com |
| 18 | LAW OFFICES OF SCOT D. BERNSTEIN, |
| | A PROFESSIONAL CORPORATION |
| 19 | 101 Parkshore Drive, Suite 100 |
| | Folsom, California 95630 |
| 20 | Telephone: (916) 447-0100 |
| | Facsimile: (916) 933-5533 |
| 21 | |
| | MATTHEW MELLEN (SBN. 233350) |
| 22 | SARAH SHAPERO (SBN 281748) |
| | MELLEN LAW FIRM |
| 23 | One Embarcadero Center, Fifth Floor |
| | San Francisco, California 94111 |
| 24 | Telephone:     (415) 315-1653 |
| | Facsimile:      (415) 276-1902 |
| 25 | |
| | Attorneys for Plaintiffs |
| 26 | |
| 27 | |
| 28 | |

Plaintiffs Craig Brownfield, C.A. Breadman, Carlos Garibay, Delicious Breadman, Inc., Jimmy Herrera, JH Distribution Corp., Mike Hernandez, Nick Hernandez, Bay Area Bread, Anthony Tavarez, Big Time Distribution, and Donald Johnson (collectively, the "Plaintiffs") and Defendant Flowers Baking Co. of California, LLC ("Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby respectfully submit the following Stipulation and [Proposed] Order to Extend Expert Discovery Deadlines. As stated below, the Parties request that the Expert Disclosure deadline be continued from June 1, 2018 to August 13, 2018 and the Supplemental/Rebuttal Disclosure deadline be continued from June 15, 2018 to August 27, 2018, to allow the Parties in this case and *Porreca, et al. v. Flowers Baking Co. of California, LLC*, USDC ED CA Case No. 1:15-cv-00732-DAD ("*Porreca*") to complete a global mediation before the deadline to complete costly expert reports.[1]

The Parties in this case and *Porreca* have completed two full-day mediation sessions, and have now scheduled an additional half-day mediation session for May 17, 2018. The Parties would like to avoid the expense of expert discovery, if possible, and thus request a continuance of the deadline to disclose experts.

This continuance would not affect any hearing date on the Court's calendar. The court has previously issued two orders continuing trial. On February 13, 2017, the Court continued the trial date from September 11, 2017 to June 18, 2018, and continued the corresponding case deadlines. On September 11, 2017, the Court continued the trial date of June 18, 2018 to October 29, 2018, and further continued the corresponding case deadlines to allow the Parties in this case and *Porreca* to complete discovery and engage in a global mediation.

## **STIPULATION**

WHEREAS, under the Second Stipulation and Order to Continue Trial Date and Modify Scheduling Order dated September 11, 2017 (ECF No. 49), trial is set for October 29, 2018; the hearing date for Dispositive Motions is set for August 7, 2018, the Expert Disclosure deadline is set for June 1, 2018, and Supplemental/Rebuttal Disclosures are due June 15, 2018;

---

[1] The *Porreca* case involves 17 individual plaintiffs and 13 related entities. Counsel for the parties herein represent the parties in *Porreca*.

WHEREAS, under the operative September 11, 2017 Scheduling Order referenced above, fact discovery closed on December 31, 2017. Since then, the Parties have conducted two full-day mediation sessions with Michael E. Dickstein of Dickstein Dispute Resolution, on February 2, 2018 and March 15, 2018;

WHEREAS, the Parties are currently preparing for a third, half-day mediation with Mr. Dickstein on May 17, 2018;

WHEREAS, the final terms of any settlement between all or some of the Parties will likely require additional time after the May 17, 2018 mediation session;

WHEREAS, in order to avoid the expenses to engage experts to prepare disclosures and reports by the current June 1, 2018 deadline, the Parties request that the deadlines for disclosing experts and disclosing rebuttal experts be continued, as set forth below;

**NOW**, **THEREFORE**, the Parties **AGREE AND HEREBY STIPULATE AND REQUEST** that the Court continue the below listed Expert Discovery Deadlines as follows or as otherwise convenient for the Court:

|  | **Current Deadline:** | **New Deadline:** |
|---|---|---|
| Expert Disclosures | June 1, 2018 | August 13, 2018 |
| Supplemental/Rebuttal Disclosures | June 15, 2018 | August 27, 2018 |

**IT IS SO STIPULATED.**

DATED: May 16, 2018            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jared L. Palmer*
     Anthony J. DeCristoforo
     Carolyn B. Hall
     Brian D. Berry
     Jared. L. Palmer
     Kevin P. Hishta, Pro Hac Vice

Attorneys for Defendant
FLOWERS BAKING CO. OF
CALIFORNIA, LLC

DATED: May 16, 2018                              KELLER GROVER LLP


                                          By: */s/ Eric A. Grover*
                                              Eric A. Grover
                                              Robert A. Spencer

                                              Attorneys for Plaintiffs


### **SIGNATURE ATTESTATION**

I attest that I have obtained concurrence in the filing of this document from the other signatories.

DATED: May 16, 2018

                                          By: */s/ Jared L. Palmer*

**IT IS SO ORDERED.**


DATED:   5/17/2018                        /s/ John A. Mendez
                                          Honorable John A. Mendez
                                          United States District Court Judge

33909152.1